# SCHLANGER & SCHLANGER, LLP
## ATTORNEYS AT LAW

9 EAST 40TH STREET, SUITE 1300
NEW YORK, NEW YORK 10016
TEL: 914-946-1981  FAX: 914-946-2930
DANIEL.SCHLANGER@SCHLANGERLEGAL.COM
WWW.NEWYORKCONSUMERPROTECTION.COM

MICHAEL SCHLANGER, ESQ.
DANIEL A. SCHLANGER, ESQ.
ELIZABETH SHOLLENBERGER, ESQ.
PETER T. LANE, ESQ.*
  *ADMITTED IN NY & MA

**WESTCHESTER OFFICE**
343 MANVILLE ROAD
PLEASANTVILLE, N.Y. 10570

August 19, 2014

**VIA CMECF**

Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    **Re:**    Madden v. Midland Funding, LLC, et al.
    **CA2 Doc**:    14-2131
    **SDNY Index:**    11-CV-8149

Honorable Sir or Madam:

    My office, along with co-counsel O. Randolph Bragg, Esq., represents Plaintiff/Appellant in the above referenced matter.

    Pursuant to the instructions I received yesterday from Ms. Holmes in the case management office, Appellant hereby submits this corrected Brief For Plaintiff-Appellant.

    The changes in the corrected brief are entirely typographical/non-substantive in nature.[1]

    Respectfully,

    *s/Daniel A. Schlanger*

    Daniel A. Schlanger

cc:    Thomas Leghorn, Esq.;
       O. Randolph Bragg, Esq.

---

[1] Please note that in one instance, due to a scrivener's error, the original brief mistakenly cited to 28 U.S.C. § 1292 (which relates to interlocutory appeals) rather than 28 U.S.C. § 1291 (which relates to appeals from final decisions). However, there is no dispute amongst the parties as to which of these two provisions applies, as all parties agree that the instant appeal is taken from a final decision of the District Court. A138, ¶3. The corrected brief references 28 U.S.C. § 1291, as originally intended.